# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

132628

GENERAL CASUALTY OF WISCONSIN,
      Plaintiff-Appellee,

v

SECURA INSURANCE,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132628
COA: 270457
Macomb CC: 05-000477-CK

On order of the Court, the application for leave to appeal the October 24, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

Clerk

p0319